# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRENT DAVIS
ADC #149851                                                                PLAINTIFF

v.                          No. 1:19-cv-26-DPM

DOUG DIXON, Alcohol and Drug
Program Supervisor, Grimes Unit,
ADC; ERIN ZUBER, Alcohol and
Drug Program Counselor, Grimes Unit,
ADC; MARK STRINGFELLOW, Rehab
and Facility Supervisor, ADC; and
WENDY KELLEY, Director, Arkansas
Department of Correction                                                  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Davis hasn't filed an amended complaint; and the time to do so has passed. № 5. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2019