IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRENT DAVIS
ADC #149851                                                              PLAINTIFF

v.                          No. 1:19-cv-26-DPM

DOUG DIXON, Alcohol and Drug
Program Supervisor, Grimes Unit,
ADC; ERIN ZUBER, Alcohol and
Drug Program Counselor, Grimes Unit,
ADC; MARK STRINGFELLOW, Rehab
and Facility Supervisor, ADC; and
WENDY KELLEY, Director, Arkansas
Department of Correction                                                 DEFENDANTS

## JUDGMENT

Davis's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2019